UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    Case No.  8:15-cr-4-T-33MAP

JULIO DIAZ
_____/

**ORDER**

This matter is before the Court upon consideration of the report and recommendation of the Honorable Mark A. Pizzo, United States Magistrate Judge (Doc. # 61), which was filed on September 30, 2015, recommending that Defendant Julio Diaz's Motion to Suppress (Doc. # 44) be denied.  Prior to issuing the report and recommendation, Judge Pizzo held an evidentiary hearing. (Doc. # 60).  Defendant filed an objection to the report and recommendation (Doc. # 63), to which the Government elected not to respond.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual

findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

The Court has conducted an independent examination of the file and upon due consideration, the Court accepts and adopts the report and recommendation. The report and recommendation thoughtfully addresses the issues presented, and Defendant's arguments raised in his objection do not provide a basis for rejecting the report and recommendation.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The report and recommendation (Doc. # 61) is **ACCEPTED** and **ADOPTED.**

(2) Defendant's Motion to Suppress (Doc. # 44) is **DENIED.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 2nd day of November, 2015.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record